1 | Mark E. Miller (markmiller@omm.com)
  | Nora M. Puckett (npuckett@omm.com)
2 | Michael Sapoznikow (msapoznikow@omm.com)
  | David S. Almeling (dalmeling@omm.com)
3 | O'MELVENY & MYERS LLP
  | Two Embarcadero Center, 28th Floor
4 | San Francisco, California 94111-3305
  | Phone: (415) 984-8700
5 |
  | Attorneys for Plaintiffs
6 | LG ELECTRONICS, INC., and U.S. PHILIPS CORPORATION

7 | Additional counsel listed below.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FUJITSU LIMITED, LG ELECTRONICS, INC., and U.S. PHILIPS CORPORATION,

    Plaintiffs and Counter-Defendants,

vs.

NETGEAR, INC.,

    Defendant and Counter-Claimant.

Case No. CV-09-80126 MISC

**STIPULATION AND [PROPOSED] ORDER DISMISSING MISCELLANEOUS MATTER**

**[Western District of Wisconsin Case No. 07-C-07100-C]**

Fujitsu Limited ("Fujitsu"), LG Electronics, Inc. ("LG"), and U.S. Philips Corporation ("Philips") (together, "Movants") and Atheros Communications, Inc. ("Atheros") hereby stipulate as follows:

WHEREAS, this Miscellaneous Matter relates to *Fujitsu et al. v. Netgear, Inc.*, a patent infringement action brought by Movants in the United States District Court for the Western District of Wisconsin, civil case number 07-C-07100-C (the "Wisconsin Case"); and

1

**STIPULATION AND [PROPOSED] ORDER DISMISSING MISCELLANEOUS MATTER**
**CASE NO.: CV-09-80126 MISC**

1  WHEREAS, on June 17, 2009, Movants initiated this Miscellaneous Matter by filing a motion to compel Atheros to comply with a subpoena issued by Movants (Docket No. 1), and a motion to shorten the time for the Court to hear the motion to compel (Docket No. 4); and

WHEREAS, Movants and Atheros agreed in writing on June 2, 2009 to the form and content of a declaration and chart to satisfy all of Atheros remaining obligations under the subpoena; and

WHEREAS, Atheros has agreed to serve the declaration on or before July 2, 2009; and

WHEREAS, the close of discovery in the Wisconsin Case is July 24, 2009.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. This Miscellaneous Matter shall be dismissed.

2. Atheros shall provide Movants with the agreed-upon declaration and chart no later than July 2, 2009.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

2

3  DATED: June 25, 2009.

4                                            O'MELVENY & MEYERS LLP

5

6                                            By    /s/ Michael Sapoznikow
                                                 Michael Sapoznikow
7                                                Attorneys for Movants
                                                 LG Electronics and U.S. Philips Corporation

8  DATED: June 25, 2009.

9                                            MORRISON & FOERSTER LLP

10

11                                           By    /s/ Danile P. Muino
                                                 Daniel P. Muino
12                                               Attorneys for Movants
                                                 Fujitsu Limited and U.S. Philips Corporation
13

14 DATED: June 25, 2009.

15                                           REED SMITH LLP

16

17                                           By    /s/ James A. Daire
                                                 James A. Daire
18                                               Attorneys for Non-Party
                                                 Atheros Communications, Inc.
19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 DATED:  June 30 , 2009.

22
                                             By _____
23                                              Magistrate Judge Phyllis J. Hamilton James
                                                Unites States Magistrate Judge
24

25 Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury
   that concurrence in the filing of this document has been obtained from the other signatories
26
                                             By    /s/ Michael Sapoznikow
27                                              Michael Sapoznikow

28

3

**STIPULATION AND [PROPOSED] ORDER DISMISSING MISCELLANEOUS MATTER**
**CASE NO.: CV-09-80126 MISC**